**FILED**

DEC 0 3 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case Number: **07 CR 50064**
Case Name: **U.S. v. Gilbert Granet**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  **NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?  **NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO ■**   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
**NO ■**   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO ■**   YES ☐

6) What level of offense is this indictment or information?   **FELONY ■**   MISDEMEANOR ☐

7) Does this indictment or information involve eight or more defendants?   **NO ■**   YES ☐

8) Does this indictment or information include a conspiracy count?   **NO ■**   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

☐ Homicide ............ (II)        ■ Income Tax Fraud ........ (II)        ☐ DAPCA Controlled Substances .. (III)
☐ Criminal Antitrust ...... (II)    ☐ Postal Fraud ............ (II)         ☐ Miscellaneous General Offenses . (IV)
☐ Bank robbery .......... (II)      ☐ Other Fraud ............ (III)         ☐ Immigration Laws .......... (IV)
☐ Post Office Robbery .... (II)     ☐ Auto Theft ............. (IV)          ☐ Liquor, Internal Revenue Laws . (IV)
☐ Other Robbery ......... (II)      ☐ Transporting Forged Securities . (III) ☐ Food & Drug Laws ......... (IV)
☐ Assault .............. (III)      ☐ Forgery .............. (III)           ☐ Motor Carrier Act ........ (IV)
☐ Burglary ............. (IV)       ☐ Counterfeiting ........ (III)          ☐ Selective Service Act ...... (IV)
☐ Larceny and Theft ..... (IV)      ☐ Sex Offenses ......... (II)            ☐ Obscene Mail .......... (III)
☐ Postal Embezzlement ... (IV)      ☐ DAPCA Marijuana ...... (III)           ☐ Other Federal Statutes ..... (III)
☐ Other Embezzlement .... (III)     ☐ DAPCA Narcotics ...... (III)           ☐ Transfer of Probation Jurisdiction (V)

10) List the statute of each of the offenses charged in the indictment or information.

Title 26, United States Code, Section 7201

*[signature]*

Assistant United States Attorney

(Revised 12/99)