## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50064 | **DATE** | 1/14/2008 |
| **CASE TITLE** | USA vs. Gilbert Granet | | |

**DOCKET ENTRY TEXT:**

United States' motion to dismiss the information [7] is granted.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | sw |
|---|---|---|

Case 3:07-cr-50064 Document 4 Filed 01/14/2008 Page 1 of 1

07CR50064 USA vs. Gilbert Granet Page 1 of 1